IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-cv-00035-RJC-DSC

| | |
|---|---|
| WILLIAM GORDON PETTIT, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DITECH FINANCIAL LLC f/k/a ) <br> GREEN TREE SERVICING LLC ) <br> and BANK OF AMERICA, N.A., ) <br> ) <br> Defendants. ) | ORDER |

This matter comes before the Court on Ditech Financial LLC's and Bank of America, N.A.'s Motion to Refer to Bankruptcy Court. (Doc. No. 2). Following the reopening of Bankruptcy Case number 11-51287, the parties' motion seeks an order referring this matter to the United States Bankruptcy Court for the Western District of North Carolina pursuant to 28 U.S.C. § 157(a) and the Amended Standing Order of Reference for bankruptcy cases in this district. For the reasons set forth in the Motion, the Motion is **GRANTED**.

1. **IT IS, THEREFORE, ORDERED** that:
2. Ditech Financial LLC's and Bank of America, N.A.'s Motion to Refer to Bankruptcy Court, (Doc. No. 2), is **GRANTED.**

Signed: March 7, 2018

Robert J. Conrad, Jr.
United States District Judge